# Exhibit C

```
************************MISCELLANEOUS SALES RECEIPT 4      **ALL MISCELLANEOUS*
                              PURCHASER RECEIPT             **    CHARGES ARE   *
                              20APR16  97200316       US    **  NON-REFUNDABLE  *
                       MIA MPM      /MIAMI INTERNTNL        *********************
                                                      0
HUNG/ROBERTO
   **NOT VALID FOR**         PSGR TICKET 7427750243682
   **TRANSPORTATION*
   *******THIS IS YOUR RECEIPT*******
                                                 BCWEVI/9V

         01 US ADT TAX AND FEES           80.00


 USD     80.00              FP CASH
          NA        *************
          NA                                              NOT VALID FOR TRAVEL
          NA                  0 742 0610358404 5             742 0610358404 5
 USD     80.00
```